IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GABRIEL ROJAS-LOPEZ,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00031-TES-CHW-1** |

**ORDER GRANTING MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Gabriel Rojas-Lopez's Unopposed Motion to Continue [Doc. 21]. On September 11, 2024, the Government obtained an indictment charging Defendant with Illegal Reentry in violation of 8 U.S.C. § 1326(a). [Doc. 1]. Defendant entered a plea of not guilty on November 26, 2024. [Doc. 11].

Defendant seeks a continuance to allow his counsel to continue reviewing possible resolutions of the case. [Doc. 21, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 21], and **CONTINUES** this case to the April term of Court—beginning on April 21, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

[*signature and date on following page*]

**SO ORDERED**, this 5th day of February, 2025.

S/ *Tilman E. Self, III*
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
